# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JASON LYNN CLOUD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:19-cv-933-KOB-JHE |
| ) | |
| CAPTAIN FLOYD LEE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 4, 2019, recommending this action be dismissed without prejudice for lack of prosecution. (Doc. 6). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court has received no objections.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. In accordance with 28 U.S.C. § 1915A(b), the court finds that this action should be dismissed without prejudice for lack of prosecution.

The court will enter a separate Final Order.

---

[1] The Postmaster returned as undeliverable the copy of the Report and Recommendation that the court mailed to the plaintiff on September 4, 2019. (Doc. 9). The next day, on September 5, the court received the plaintiff's notice of change of address (doc. 7) and re-mailed a copy of the Report and Recommendation to the plaintiff's new address. The court entered an Order on September 9, 2019 giving the plaintiff fourteen days from that date to file his objections. That deadline has passed.

DONE and ORDERED this 9th day of October, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE